**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 21-30275  
**Case Name:** Baker, Janice Lucille  
**For Period Ending:** 12/31/2021

**Trustee Name:** (300650) Courtney M. Davis  
**Date Filed (f) or Converted (c):** 05/28/2021 (f)  
**§ 341(a) Meeting Date:** 07/02/2021  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2017 Nissan Altima, 60,000 miles | 15,350.00 | 0.00 | | 0.00 | FA |
| 2 | Household Goods and Furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 3 | Electronics | 800.00 | 0.00 | | 0.00 | FA |
| 4 | Used Clothing | 800.00 | 0.00 | | 0.00 | FA |
| 5 | Costume Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Checking: Truist | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Savings: Truist | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Potential Counterclaim against Peach State Federal Credit Union | 0.00 | 0.00 | | 0.00 | 1.00 |
| 8 | **Assets Totals (Excluding unknown values)** | **$17,850.00** | **$0.00** | | **$0.00** | **$1.00** |

**Major Activities Affecting Case Closing:**

    8/16/21 - Investigate counterclaim that debtor has (by her account unknowingly) against PeachState Credit Union.

    10/2/2021 - Debtor's attorney provided information to determine there is no valid counterclaim pending or that could be brought. Will NDR.

**Initial Projected Date Of Final Report (TFR):** 12/30/2021      **Current Projected Date Of Final Report (TFR):** 12/30/2021

01/31/2022  
Date

/s/Courtney M. Davis  
Courtney M. Davis